1  LAWRENCE K. ROCKWELL, #72410
   ANDREW S. MACKAY, #197074
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
6
   Attorneys for Defendants
7  TYCO FIRE & SECURITY LLC and
   SENSORMATIC ELECTRONICS
8



9                UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT

11

12  SYSTEMS AMERICA, INC., a Delaware          CASE NO.  C04 04845
    corporation,
13                                             STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,                 REGARDING TRIAL DEADLINES
14
         v.
15
    TYCO FIRE & SECURITY, a Delaware
16  corporation; SENSORMATIC
    ELECTRONICS CORPORATION, a
17  Delaware corporation; and DOES 1-100
    inclusive,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

Plaintiff Systems America, Inc. ("Plaintiff"), by and through its counsel Daniel L. Feder, Esq. of the Law Offices of Daniel L. Feder and Defendants Tyco Fire & Security, LLC and Sensormatic Electronics Corporation (hereinafter jointly "Defendants"), by and through their counsel Andrew S. MacKay, Esq. of Donahue Gallagher Woods LLP, hereby stipulate to the following:

1.     The time by which Plaintiff and Defendants must serve expert disclosures is extended from November 4, 2005 to February 24, 2006.

2.     The time by which Plaintiff and Defendants must disclose rebuttal experts is extended from November 29, 2005 to March 27, 2006.

3.     The time by which Plaintiff and Defendants must serve a supplemental disclosure of expert witnesses is extended from December 2, 2005 to April 4, 2006.

4.     The last day to hear a motion to exclude the expert or any portion of the expert's testimony is extended from January 9, 2006 to May 1, 2006.

5.     The deadline for completing all discovery is extended from January 10, 2006 to May 5, 2006.

6.     The last day to hear dispositive motions is extended from January 23, 2006 to May 29, 2006.

7.     The preliminary trial setting conference is continued from March 27, 2006 at 11:00 a.m. to June 26, 2006 at 11:00 a.m.

Dated: November/__, 2005                    LAW OFFICES OF DANIEL L. FEDER


By:_____
Daniel L. Feder
Attorneys for Plaintiff
SYSTEMS AMERICA, INC.

-1-

1    Dated: November 2, 2005            DONAHUE GALLAGHER WOODS LLP

2

3                                       By: _____

4                                           Andrew S. MacKay
                                            Attorneys for Defendants
5                                           TYCO FIRE & SECURITY, LLC and
                                            SENSORMATIC ELECTRONICS
6                                           CORPORATION

7    IT IS SO ORDERED

8    Dated: __11/23_____, 2005      _____

9                                       Hon. James Ware
                                        Judge of the United States District Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-