1  LAWRENCE K. ROCKWELL, #72410
   ANDREW S. MACKAY, #197074
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
4  P.O. Box 12979
   Oakland, California  94604-2979
5  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
6
   Attorneys for Defendants
7  TYCO FIRE & SECURITY LLC and
   SENSORMATIC ELECTRONICS
8

IT IS SO ORDERED
*[signature]*
Judge James Ware

9                    UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT

11

12  | SYSTEMS AMERICA, INC., a Delaware corporation, | CASE NO. C04 04845 JW |
    |---|---|
    | Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL DEADLINES |
    | v. | |
    | TYCO FIRE & SECURITY, a Delaware corporation; SENSORMATIC ELECTRONICS CORPORATION, a Delaware corporation; and DOES 1-100 inclusive, | |
    | Defendants. | |

Plaintiff Systems America, Inc. ("Plaintiff"), by and through its counsel Daniel L. Feder, Esq. of the Law Offices of Daniel L. Feder and Defendants Tyco Fire & Security, LLC and Sensormatic Electronics Corporation (hereinafter jointly "Defendants"), by and through their counsel Andrew S. MacKay, Esq. of Donahue Gallagher Woods LLP have been in settlement discussions and desire additional time to complete the negotiation and settlement of this matter. Therefore both parties hereby stipulate to the following:

1. The time by which Plaintiff and Defendants must serve expert disclosures is extended from February 24, 2006 to May 24, 2006.

2. The time by which Plaintiff and Defendants must disclose rebuttal experts is extended from March 27, 2006 to June 27, 2006.

3. The time by which Plaintiff and Defendants must serve a supplemental disclosure of expert witnesses is extended from April 4, 2006 to July 7, 2006.

4. The last day to hear a motion to exclude the expert or any portion of the expert's testimony is extended from May 1, 2006 to August 1, 2006.

5. The deadline for completing all discovery is extended from May 5, 2006 to August 4, 2006.

6. The last day to hear dispositive motions is extended from May 29, 2006 to August 28, 2006.

7. The preliminary trial setting conference is continued from June 26, 2006 at 11:00 a.m. to September 25, 2006 at 11:00 a.m.

Dated: February___, 2006          LAW OFFICES OF DANIEL L. FEDER


By:_____
Daniel L. Feder
Attorneys for Plaintiff
SYSTEMS AMERICA, INC.

Plaintiff Systems America, Inc. ("Plaintiff"), by and through its counsel Daniel L. Feder, Esq. of the Law Offices of Daniel L. Feder and Defendants Tyco Fire & Security, LLC and Sensormatic Electronics Corporation (hereinafter jointly "Defendants"), by and through their counsel Andrew S. MacKay, Esq of Donahue Gallagher Woods LLP have been in settlement discussions and desire additional time to complete the negotiation and settlement of this matter. Therefore both parties hereby stipulate to the following:

1. The time by which Plaintiff and Defendants must serve expert disclosures is extended from February 24, 2006 to May 24, 2006.

2. The time by which Plaintiff and Defendants must disclose rebuttal experts is extended from March 27, 2006 to June 27, 2006.

3. The time by which Plaintiff and Defendants must serve a supplemental disclosure of expert witnesses is extended from April 4, 2006 to July 7, 2006.

4. The last day to hear a motion to exclude the expert or any portion of the expert's testimony is extended from May 1, 2006 to August 1, 2006.

5. The deadline for completing all discovery is extended from May 5, 2006 to August 4, 2006.

6. The last day to hear dispositive motions is extended from May 29, 2006 to August 28, 2006.

7. The preliminary trial setting conference is continued from June 26, 2006 at 11:00 a.m. to September 25, 2006 at 11:00 a.m.

Dated: February 28, 2006        LAW OFFICES OF DANIEL L. FEDER

By: _____
Daniel L. Feder
Attorneys for Plaintiff
SYSTEMS AMERICA, INC.

-1-

| | | |
|---|---|---|
| 1 | Dated: February 2?, 2006 | DONAHUE GALLAGHER WOODS LLP |

By: _____
Andrew S. MacKay
Attorneys for Defendants
TYCO FIRE & SECURITY, LLC and
SENSORMATIC ELECTRONICS
CORPORATION

IT IS SO ORDERED

Dated: March 8, 2006, ~~2005~~

_____
Hon. James Ware
Judge of the United States District Court

-2-