1  LAWRENCE K. ROCKWELL, #72410
   ANDREW S. MACKAY, #197074
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
4  P.O. Box 12979
   Oakland, California 94604-2979
5  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
6
   Attorneys for Defendants
7  SENSORMATIC ELECTRONICS
   CORPORATION and TYCO FIRE &
8  SECURITY LLC

**IT IS SO ORDERED**
*Judge James Ware*

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYSTEMS AMERICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TYCO FIRE & SECURITY, a Delaware corporation; SENSORMATIC ELECTRONICS CORPORATION, a Delaware corporation; and DOES 1-100 inclusive,<br><br>　　　　　Defendants. | CASE NO. C04 04845 JW<br><br>STIPULATION TO DISMISSAL WITH PREJUDICE; ORDER |

///
///
///
///
///
///
///
///

1  Plaintiff Systems America, Inc. ("Plaintiff"), by and through its counsel of record, and
2  Defendants Sensormatic Electronics Corporation and Tyco Fire & Security LLC ("Defendants"),
3  by and through their counsel of record, hereby stipulate and request that the Court dismiss this
4  action in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
5  Procedure. Plaintiff and Defendants will each bear their own costs and attorneys' fees.

Dated: ~~April~~ May 4, 2006

DONAHUE GALLAGHER WOODS LLP

By: _____
~~Lawrence K. Rockwell~~ Andrew S. MacKay
Attorneys for Defendants
SENSORMATIC ELECTRONICS
CORPORATION and TYCO FIRE & SECURITY LLC

Dated: April 25, 2006

THE LAW OFFICES OF DANIEL L. FEDER

By: _____
Daniel L. Feder
Attorneys for Plaintiff
SYSTEMS AMERICA, INC.

IT IS SO ORDERED:

Dated: May 22, 2006, ~~2004~~

_____
The Honorable James Ware
United States District Court Judge